**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-17558-LMI**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jorge Blanco                          CO-DEBTOR: Yarelin Blanco
Last Four Digits of SS# xxx-xx-3829           Last Four Digits of SS# xxx-xx-3838

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.  $ 334.75 for months 1 to 60 ;
    B.  $_____ for months ____ to ____ ;
    C.  $_____ for months ____ to ____ in order to pay the following creditors:

Administrative:  Attorney's Fee  $ 3,650.00 + $600.00 (Motion to Value) = $4,250.00
                TOTAL PAID  $ 1,900.00
                Balance Due  $ 2,350.00 payable $ 195.84 month (Months 1 to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                              Arrearage on Petition Date $ _____
Address _____        Arrears Payment $_____/month (Months ___ to ___)
         _____       Arrears Payment $_____/month (Months ___ to ___)
         _____       Regular Payment $_____/month (Months ___ to ___)

2. _____             Arrears Payment $_____
   _____             Arrears Payment $_____/month (Months ___ to ___)
   _____             Regular Payment $_____/month (Months ___ to ___)
                                    Arrears Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| SunTrust<br>Loan No. xxxx2815<br>Prop Add: 11230 NW 59th Ct<br>Hialeah, FL 33012 | $172,076.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. IRS                        Total Due $ 1,055.00
                              Payable $ 87.92 /month (Months 1 to 12 )

Unsecured Creditors: Pay $ 17.52 month (Months 1 to 12 ). Pay $301.28/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Seterus (Loan No. xxxxx1702) and Fifth Third Bank (Loan No. xxxxxx7071) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 03/30/12