UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
JORGE AND YAKELIN BLANCO,                    Case No. 12-17558-LMI
    Debtors
_____/              Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this <u>23rd</u> day of April 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:<u>/s/Robert Sanchez</u>_____
       Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

SunTrust Bank                                SunTrust Bank
Laurie A. Pennington, R.A.                   c/o William H. Rogers, Jr., CEO
200 S. Orange Ave                            303 Peachtree Street NE, 30th Floor
Orlando, FL 32801                            Atlanta, GA 30308

SunTrust Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286