**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-17558-LMI**

☐ ___1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jorge Blanco                                       CO-DEBTOR: Yakelin Blanco
Last Four Digits of SS# xxx-xx-3829                        Last Four Digits of SS# xxx-xx-3838

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $__334.75__ for months __1__ to __60__;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee    $ 3,650.00 + $600.00 (Motion to Value) = $4,250.00
                      TOTAL PAID      $ 3,900.00
                      Balance Due      $__350.00__ payable $__58.34__ month (Months __1__ to __6__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                                          Arrearage on Petition Date $ _____
Address _____                         Arrears Payment  $_____/month (Months____ to ___)
        _____                         Arrears Payment  $_____/month (Months____ to ___)
        _____                         Regular Payment  $_____/month (Months____ to ___)

2. _____                              Arrears Payment  $_____
   _____                              Arrears Payment  $_____/month (Months____ to ___)
   _____                              Regular Payment  $_____/month (Months____ to ___)
                                                   Arrears Payment  $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| SunTrust<br>Loan No. xxxx2815<br>Prop Add: 11230 NW 59th Ct<br>Hialeah, FL 33012 | $172,076.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __IRS__                      Total Due $ 1,055.00
                                Payable $ 175.84 /month (Months __1__ to __6__)

Unsecured Creditors: Pay $ 67.10 month (Months __1__ to __6__). Pay $301.28/mo (Mos 7 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Seterus (Loan No. xxxxx1702) and Fifth Third Bank (Loan No. xxxxxx7071) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 05/02/12