```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA

IN RE:                              PROCEEDING UNDER CHAPTER 13
                                    CASE NO.: 12-17558-BKC-LMI
JORGE BLANCO
YAKELIN BLANCO
            DEBTOR(S)
_____/
```

NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor(s) are delinquent in Confirmed Chapter 13 Plan Payments in the amount of $    836.75 .

The Debtor(s) shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/ Modified Plan <u>including any payments that become due within the forty-five (45) day period</u>, in the form of a money order or cashier's check only.  Payments must be sent to:

P.O. Box 2099, Memphis, TN 38101-2099

If the Trustee does not receive all payments by January 14, 2015 to bring the Debtor totally current under the Confirmed Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee shall file and serve a Report of Non-Compliance.

As a result of the Debtor(s) failure to comply, the case shall be dismissed with prejudice to the filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Delinquency was mailed to those parties on the attached service list on November 25, 2014 .

```
                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              POST OFFICE BOX 279806
                              MIRAMAR, FL  33027-9806
                              TELEPHONE: (954) 443-4402
                              Fla. Bar No. 441856


                         By:    /s_____
                              NANCY K. NEIDICH, ESQUIRE
```

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

## SERVICE LIST

**Debtor(s)**
JORGE BLANCO & YAKELIN BLANCO
11230 NW 59 CT
HIALEAH, FL  33012

**Attorney for Debtor(s)**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL 33012